THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

VS.

Case No. 3:2015cv00529

BENJAMIN GOLDSTEIN,
BEN LOEB INC,
GARRETT SPECIALTIES COMPANY,
PINNACLE PROMOTIONS, INC.;
and DOES 1 THROUGH 200

FILED
SCRANTON

JUN 1 7 2015

Per_____
        DEPUTY CLERK

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff David J. Catanzaro hereby dismisses its complaint without prejudice, pursuant to Rule 41(a) of the rules of Civil Procedure, defendants not having answered or otherwise appeared.

Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 282-4889
E-mail: davidjosephus@aol.com